**RETAIL DIGITAL NETWORK, LLC, Plaintiff-Appellant,**

v.

**Timothy GORSUCH, as Director of the California Department of Alcoholic Beverage Control, Defendant-Appellee.**

No. 13-56069

United States Court of Appeals, Ninth Circuit.

FILED NOVEMBER 16, 2016

## ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be heard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opin-

ion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge Owens did not participate in the deliberations or vote in this case.